WILLIAM S. SCOTT *v.* CHARLES MORGAN.—Motion denied. DYKMAN, J., not sitting.

JOHN L. BROWNELL, *Plaintiff and Appellant, v.* ELISHA RUCKMAN, *Defendant and Respondent.* — Part of order appealed from by defendant affirmed, with costs and disbursements. Part of order appealed from by plaintiff dismissed, without costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

THE BOWERY SAVINGS BANK, *Plaintiff, v.* ROBERT W. FOSTER and others, *Defendants.* THEODORE NICHOLS, *Appellant,* HENRY C. FOSTER, *Respondent.* — Order reversed, with costs and disbursements, and order granted for writ of assistance, with costs. Opinion by DYKMAN, J.

CATHARINE SCHAEFFER, *Respondent, v.* ANTONIO TESORIERE, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

MARY V. AYERS, *as Administratrix, Respondent, v.* THE CITY OF BROOKLYN, *Appellant, impleaded with others.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., dissenting.

JEMMIMA C. LARKIN, *Administratrix, v.* WILLIAM HARDENBROOK. — Judgment affirmed, with costs. Opinion by GILBERT, J.

IN THE MATTER OF THE PROBATE OF THE WILL OF GEORGE ROSS. — Decree of surrogate affirmed, with costs. Opinion by GILBERT, J; dissenting opinion by BARNARD, P. J.

FLORENCE VERDIN and DANIEL DE NOYELLES, *Respondents, v.* THE JERSEY CITY AND ALBANY RAILWAY COMPANY, *Appellants.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

FRANCIS B. WALLACE and JOHN F. PHILLIPS, *Respondents, v.* ROBERT H. BERDELL, CHARLES P. BERDELL and LIZZIE A. BERDELL, *Appellants.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

ISAAC F. TYSEN, *Appellant, v.* THE GIBBS MANUFACTURING COMPANY and others, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., not sitting.